[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11226
Non-Argument Calendar

_____

D.C. Docket No. 8:12-cr-00214-RAL-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC ANTONIO JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 4, 2019)

Before WILLIAM PRYOR, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Donna Elm, appointed counsel for Cedric Jackson in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's revocation of supervised release and sentence imposed upon revocation are **AFFIRMED**.